UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　　　CRIMINAL CASE NO. 3:15CR059
　　　　　　　　　　　　　　　　　　　18 U.S.C. § 472
ALLEN DEWAYNE COLLINS

## INDICTMENT

The Grand Jury charges that:

### Count One

On or about September 17, 2014, in the Northern District of Mississippi, ALLEN DEWAYNE COLLINS, defendant, did, with intent to defraud, pass, utter and publish falsely made, forged, counterfeited and altered obligations of the United States, that is, three counterfeit $100 Federal Reserve Notes, in violation of Title 18, United States Code, Section 472.

### Count Two

On or about September 17, 2014, in the Northern District of Mississippi, ALLEN DEWAYNE COLLINS, defendant, did, with intent to defraud, keep in his possession and conceal falsely made, forged, counterfeited and altered obligations of the United States, that is, approximately 17 counterfeit $100 Federal Reserve Note and one counterfeit $50 Federal Reserve Note, in violation of Title 18, United States Code, Section 472.

**A TRUE BILL**

*/s/ Signature Redacted*
**FOREPERSON**

_____
UNITED STATES ATTORNEY